FILED'09 OCT 26 16:28 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLORIA JEAN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | Civil No. 08-0384-HO |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

Claimant, Gloria Jean Robinson, moves for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5100.00 for 29.65 hours of work at a rate of $172.85 per hour and $350.00 for the filing fee. The Commissioner indicates that he does not contest the number of hours worked by Claimant's counsel, the hourly fee requested, or Claimant's contention that the Commissioner's position was not

1 - ORDER

substantially justified.

Having reviewed the record, I find that the Commissioner's position was not substantially justified, and that the number of hours spent by Claimant's counsel and the hourly fee requested are reasonable under EAJA.

Claimant's motion [#26] for attorney fees under EAJA is granted in the amount of $5100.00. Costs in the amount of $350.00 shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 26th day of October, 2009.

/s/ Michael C. Hogan
United States District Judge

2 - ORDER